tion by Henry L. Ketcham against Emanuel Neuman. L. M. Isaacs, for appellant. B. G. Paskus, for respondent. No opinion. Order affirmed, with costs and disbursements, upon the ground that the verdict was excessive, without determining now what deductions, if any, the defendant was entitled to. Order filed.

KIDDER, Appellant, v. PORT HENRY IRON ORE CO. OF LAKE CHAMPLAIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Action by George S. Kidder against the Port Henry Iron Ore Company of Lake Champlain and Lake Champlain & Moriah Railroad Company. No opinion. Motion granted, and the following questions certified: (1) Does the complaint state facts sufficient to constitute a cause of action against the defendant Port Henry Iron Ore Company of Lake Champlain? (2) Does the complaint state facts sufficient to constitute a cause of action against the defendant Lake Champlain & Moriah Railroad Company? See, also, 137 App. Div. 936, 122 N. Y. Supp. 1133.

KIERNAN, Respondent, v. DOLLARD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Frank Kiernan against Albert H. Dollard and another.

PER CURIAM. Judgments of the Municipal Court affirmed, with costs. See, also, 137 App. Div. 893, 121 N. Y. Supp. 1137.

BURR and THOMAS, JJ., dissent.

KINGS COUNTY IRON FOUNDRY, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by the Kings County Iron Foundry against the New York & Queens County Railway Company. No opinion. Order of the County Court of Queens County unanimously affirmed, with costs.

KINSELLA, Respondent, v. KINSELLA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Lawrence Kinsella against Thos. L. Kinsella. No opinion. Order affirmed, with $10 costs and disbursements.

In re KIRK et al. (Supreme Court, Appellate Division, First Department. December 23, 1910.) In the matter of Charles H. Kirk and others. With this case has been consolidated in this court cases bearing titles as follows: In re George Stolz et al.; In re Michael Brennan et al.; In re Pauline Haebler et al.; In re Henrietta Bartow et al.; In re William Walsh; In re Mary E. Hand, individually and as executrix; In re Alicia A. Hentze et al; In re Edward Jennings et al. No opinions. Motions granted. Time extended for one year. Settle orders on notice.

KIRSCHBAUM et al., Respondents, v. ESCHMANN, Appellant. (Supreme Court, Appellate Division, Second Department. Decem-

ber 30, 1910.) Action by Simon Kirschbaum and others, as executors, etc., of Moses May, deceased, against Frederick W. R. Eschmann.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., dissents.

KITZ, Respondent, v. EAGER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Julia D. Kitz against Ernest W. Eager and others. W. Bondy, for appellants. C. O. Maas, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KNICKERBOCKER TRUST CO., Respondent, v. STOUTENBURGH, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by the Knickerbocker Trust Company against John H. Stoutenburgh. L. Hanneman, for appellant. W. B. White, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

KNICKERBOCKER TRUST CO. v. STOUTENBURGH. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the Knickerbocker Trust Company against John H. Stoutenburgh. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

KORN et al. v. LIPMAN et al. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Appeal from Special Term, New York County. Action by Elsek Korn and others against Max Lipman and others. From an order denying a motion for judgment on the pleadings, defendants appeal. Affirmed. Gustav Lange, Jr., for appellants. Lewis C. Grove, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of Gay v. Ulrichs, 136 App. Div. 809, 121 N. Y. Supp. 726.

INGRAHAM, P. J. I dissent, upon the ground that section 802 of the Code of Civil Procedure was amended by chapter 65 of the Laws of 1909, and since that amendment section 801 applied to the service of a summons by mail.

KOZANE, Respondent, v. SUN INS. OFFICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Henry Kozane against the Sun Insurance Office.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the court committed reversible error in refusing to charge that, if the jury believed that the plaintiff set fire to his property, the verdict must be for the defendant.

KREISBERG et al., v. ASSOCIATION REALTY OPERATORS et al. (Supreme Court, Appellate Division, Second Department. De-

·cember 30, 1910.) Action by Fannie Kreisberg and another against the Association Realty Operators and another. No opinion. Order affirmed, with $10 costs and disbursements.

KREMER v. HAAS. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Julius G. Kremer, as trustee in bankruptcy of Gabriel Marks and another, against Louis Haas. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Reversed, and judgment ordered for plaintiff. See, also, 123 N. Y. Supp. 975. Henry L. Franklin, for appellant. Nathan G. Goldberger, for respondent.

PER CURIAM. This case was before this court on a former appeal (123 N. Y. Supp. 975), and a judgment for the defendant was reversed for the reason that the defense of payment was not sufficiently proved. There is no material difference in the testimony introduced upon this trial, and the judgment must therefore be reversed, and judgment ordered for the plaintiff for the amount demanded in the complaint, with costs in this court and in the court below.

KRESSEL, Respondent, v. ANTOKOLETZ, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Tillie Kressel against Solomon Antokoletz. J. Manheim, for appellant. J. Panken, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re KUHN. (Supreme Court, Appellate Division, First Department. January 20, 1911.) In the matter of the judicial settlement of the account of Mary E. Kuhn, as administratrix of the estate of Mathais Simendinger, deceased. Proceedings remanded to the Surrogate's Court.

PER CURIAM. While the applicant is probably right in asserting that the appeal from the Surrogate's Court to the Appellate Division removes into the Supreme Court the whole proceeding, so that the Surrogate's Court is divested of jurisdiction until the matter be formally remitted to the Surrogate's Court, the proper proceeding in view of this settlement, which upon its face appears to be an entirely proper settlement and should be approved, would be to allow the surrogate to give the necessary consents to the settlement and fix the allowance to the guardians ad litem. The surrogate will undoubtedly approve of this settlement when the matter is brought on before him; but he can act more intelligently than can this court, as he has all the records before him, and can make such provisions as will protect the rights of the infants. An order can therefore be entered remitting the proceeding to the Surrogate's Court, whereupon he would have full authority to pass upon the questions presented.

LAKE ERIE SEED CO., Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by the Lake Erie Seed Company against J. P. Duffy. No opinion. Order affirmed, with $10 costs and disbursements.

LAMBERT v. HAMBURG BREMEN FIRE INS. CO. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Francis J. Lambert against the Hamburg Bremen Fire Insurance Company. No opinion. Application denied, with $10 costs. Order signed.

LA PLAIN, Respondent, v. NATIONAL STARCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Ida La Plain against the National Starch Company. No opinion. Judgment and order affirmed, with costs.

LARKIN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Edward Larkin, as administrator, etc., of Irene Larkin, deceased against the Nassau Electric Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS and THOMAS, JJ., dissent.

LATHAM, Respondent, v. LATHAM, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Constance C. B. Latham against Frederick G. Latham. N. Burkan, for appellant. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

L'AVELLE, Respondent, v. EMERY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Antonino L'Avelle against Hilton F. Emery and another. A. C. Cass, for appellants. J. V. Bouvier, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LAWLOR, Respondent, v. PUTNAM COAL & ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Thomas J. Lawlor against the Putnam Coal & Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

LAWRENCE v. LAWRENCE. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Mary Lawrence against James H. Lawrence. No opinion. Motion granted. Case set down for argument Friday, December 16, 1910.

LAWRENCE, Respondent, v. LAWRENCE, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Mary Lawrence against James H. Lawrence. F. H. Reuman, for appellant. C. Milliber, for respondent. No opinion. Order